JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
ERIC CIAROLLA, ESQ.
Nevada Bar No. 15395
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZELLA WATSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BED BATH & BEYOND, INC., a foreign corporation; ROE FLOOR MAINTENANCE COMPANY; DOES I through X; DOE EMLOYEES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.:  2:19-cv-01110-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>(First Request)<br><br>ECF No. 38 |

   IT IS HEREBY STIPULATED by and between Plaintiff, ZELLA WATSON, through her counsel, JACOB SMITH, ESQ. of the law firm of HENNESS & HAIGHT, and Defendant, BED BATH & BEYOND, INC., through its counsel, JONATHAN C. PATILLO, ESQ. of the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, that the time for Plaintiff to file her response to Defendant, BED BATH & BEYOND, INC.'s Motion for Summary Judgment (#37) be extended from December 21, 2020 to and until January 5, 2021.

Dated this 21st day of December, 2020.

HENNESS & HAIGHT

   /s/ JACOB S. SMITH, ESQ.
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

Dated this 21st day of December, 2020.

WILSON ELSER MOSKOWITZ
EDELMAN  & DICKER

   /s/ JONATHAN C. PATTILLO, ESQ.
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Defendant*

   **IT IS SO ORDERED.**

   Dated: December 22. 2020

                                               _____
                                               U.S. District Judge